UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TAMARA JOY STEPHENS,

    Petitioner,

v.                                                    Case No. 17-12658

JEREMY HOWARD,

    Respondent.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying the Petition for Habeas Corpus and Denying a Certificate of Appealibility," dated January 12, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Jeremy Howard and against Petitioner Tamara Joy Stephens. Dated at Port Huron, Michigan, this 12th day of January, 2022.

                                                           KINIKIA ESSIX
                                                           CLERK OF THE COURT

                                                             s/Lisa Wagner
                                                     By:  Lisa Wagner, Case Manager
                                                         to Judge Robert H. Cleland